MARILYN GILLMAN v. MARTIN GILLMAN.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD YOUNG.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES E. MILLER.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS PATTERSON.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF K.K.

May 22, 1984.

Petition for certification denied.